KATHRYN G. TREACY, Appellant, v. F. W. WOOLWORTH Co., Respondent.— In an action charging negligence and breach of warranty, order granting defendant's

motion for discovery and inspection of an electric lamp and bulb, and certain hair combs, for the purpose of testing, affirmed, with ten dollars costs and disbursements; the property to be delivered at the expense of defendant to the place described in the order within five days from service of a copy of the order hereon. No opinion. Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ., concur.